UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LATRESHA HARRISON**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**MCKESSON CORP.**, *et al.*,<br><br>Defendants.<br><br>**This Order Also Relates to:**<br><br>Fields v. McKesson Corp.<br>Myers v. McKesson Corp.<br>Pandolfo v. McKesson Corp.<br>Lamb v. McKesson Corp.<br>Johnson v. McKesson Corp.<br>Muniz v. McKesson Corp. | Case Nos.: 13-cv-3045-YGR<br>13-cv-3050-YGR<br>13-cv-3096-YGR<br>13-cv-3100-YGR<br>13-cv-3101-YGR<br>13-cv-3158-YGR<br>13-cv-3171-YGR<br><br>**ORDER CONTINUING HEARING, REQUIRING NOTICE OF JPML PROCEEDINGS** |

The September 25, 2013 hearing in the above-captioned seven cases is hereby **CONTINUED** to 2:00 p.m. on November 6, 2013. The cases remain stayed.

Defendants are hereby **ORDERED** to notify this Court of any ruling issued by the Judicial Panel on Multidistrict Litigation ("JPML") in connection with the JPML's September 26, 2013 hearing on the transferability of the above-captioned cases to the Avandia MDL. Such notice shall be e-filed within seven (7) days of the ruling. Further, Defendants shall e-file with this Court the transcript of the JPML proceeding within seven (7) days of the proceeding.

**IT IS SO ORDERED**.

Date: September 23, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**