# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LATRESHA HARRISON,** *et al.*, <br><br>    **Plaintiffs,** <br><br>    v. <br><br>**MCKESSON CORP.,** *et al.*, <br><br>    **Defendants.** | **Case Nos.:**   **13-cv-3045-YGR** <br>                    **13-cv-3050-YGR** <br>                    **13-cv-3096-YGR** <br>                    **13-cv-3100-YGR** <br>                    **13-cv-3101-YGR** <br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING HEARING** |
| **This Order Also Relates to:** <br><br>    **Fields v. McKesson Corp.** <br>    **Myers v. McKesson Corp.** <br>    **Pandolfo v. McKesson Corp.** <br>    **Lamb v. McKesson Corp.** | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court has reviewed Ms. Beasley's submission (Dkt. No. 28) and is satisfied with it. The Court's Order to Show Cause, issued September 25, 2013, is hereby **DISCHARGED** without further action.  The hearing set for October 11, 2013 is hereby **VACATED**.

**IT IS SO ORDERED**.

Date: October 1, 2013

                                             _____
                                             **YVONNE GONZALEZ ROGERS**
                                             **UNITED STATES DISTRICT COURT JUDGE**