**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LATRESHA HARRISON,** *et al.*,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**MCKESSON CORP.,** *et al.*,<br><br>    **Defendants.**<br><br>**This Order Also Relates to:**<br><br>Fields v. McKesson Corp.<br>Myers v. McKesson Corp.<br>Pandolfo v. McKesson Corp.<br>Lamb v. McKesson Corp. | **Case Nos.:**  13-cv-3045-YGR<br>                     13-cv-3050-YGR<br>                     13-cv-3096-YGR<br>                     13-cv-3100-YGR<br>                     13-cv-3101-YGR<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING HEARING** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court has reviewed Ms. Beasley's submission (Dkt. No. 28) and is satisfied with it. The Court's Order to Show Cause, issued September 25, 2013, is hereby **DISCHARGED** without further action. The hearing set for October 11, 2013 is hereby **VACATED**.

**IT IS SO ORDERED**.

Date: October 1, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**